IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
EVERETT P. RUCKMAN, JR., and  )
SHARON L. RUCKMAN,            )
                              )
          Plaintiffs,         )         8:11CV180
                              )
     v.                       )
                              )
ESTATE OF DONALD W. REEVE,    )         ORDER
Deceased,                     )
                              )
          Defendant.          )
_____)
```

This matter is before the Court on the stipulation of the parties (Filing No. 4).  The Court finds the stipulation should be approved and adopted.  Accordingly,

IT IS ORDERED that the stipulation is approved and adopted.  This action is dismissed with prejudice, each party to pay its own costs, complete record waived.

DATED this 14th day of July, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court